# Exhibit 1

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-------------------------------------------------------------x

TRADEWIND INVEST, LLC,

                       Plaintiff,

      - against-

BRASIL HAY SERVICE, INC.,

                     Defendant.

-------------------------------------------------------------x

Index No.:

Date Filed:

**SUMMONS**

Plaintiff's Place of Business:
Tradewind Invest LLC
c/o Tradewind International Inc.
420 Lexington Avenue, Suite 2845
New York, NY 10017

Plaintiff designates New York County as the place of trial. Venue is based pursuant to the Agreement.

TO THE ABOVE-NAMED DEFENDANT(S):

      **YOU ARE HEREBY SUMMONED** to appear in the Supreme Court of the State of New York, County of New York at the office of the Clerk of said county at 60 Centre Street, New York, NY 10013 and to answer the Complaint in this action and serve a copy of your Answer or, if the Complaint is not served with the Summons, to serve a Notice of Appearance, on the plaintiff's attorney within 20 days after the service of this Summons, exclusive of the day of service; or within 30 days after the service is complete if this Summons is not personally delivered to you within the State of New York. In case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the Complaint.

Dated:  New York, NY
         December 2, 2025

**Nikolaos D. Athanasopoulos, Esq.**

By: _____
Attorney for Plaintiff
420 Lexington Avenue, Suite 2845
New York, NY 10017
(212) 765-4349
n.athanasopoulos@tradewindfinance.com

**Brasil Hay Service, Inc.**
10885 7th Avenue
Hanford, CA 93230

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

------------------------------------------------------------x

TRADEWIND INVEST, LLC,

                        Plaintiff,

      - against-

BRASIL HAY SERVICE, INC.,

                       Defendant.

------------------------------------------------------------x

Index No.:

Date Filed:

**COMPLAINT**

Tradewind Invest LLC by its Nikolaos D. Athanasopoulos, Esq., complaining of the Defendant Brasil Hay Service, Inc. alleges as follows:

## **PARTIES**

1. Plaintiff, Tradewind Invest LLC ("Tradewind" or "Plaintiff") is, and at all times hereinafter mentioned is a limited liability company duly formed under the laws of the State of Delaware with offices located at c/o Tradewind International Inc., 420 Lexington Avenue, Suite 2845, New York, NY 10017.

2. Upon information and belief, Defendant Brasil Hay Service, Inc. ("Brasil Hay" or "Defendant") is, and at all times hereinafter mentioned, is a corporation duly formed under the laws of the State of California with a principal place of business at 10085 7th Avenue, Hanford CA 93230

3. Defendant has consented to the jurisdiction of this Court pursuant to the documents referenced below.

## FACTUAL ALLEGATIONS

4. By way of the "Notice of Sale and Assignment of Accounts Receivable, New Payee's Payment Remittance Instructions" dated June 12, 2025 (the "NOA") an obligation and commitment was created for Brasil Hay to provide payment to Plaintiff for all orders and sales volume placed by Defendant from Williams Hay & Commodities LLC ("Williams Hay"). These instructions specifically named Plaintiff as the attorney in fact with respect to all of Williams Hay's existing and future accounts receivable. The Defendant acknowledged these instructions and obligations with its signature from its owner Kevin Brasil. A copy of the NOA is attached hereto as **Exhibit "A."**

5. By way of an invoice dated June 16, 2025 (the "Invoice") an obligation and commitment was created for Brasil Hay to provide payment to Tradewind for an order of alfafa hay from its supplier Williams Hay.

6. Along with the invoice, Defendant Brasil Hay was provided with an attached verification letter which stated Defendant acknowledges, agrees, and accepts unconditionally that it owes the amounts pertaining to the Invoice. A copy of the verification letter and Invoice is attached hereto as **Exhibit B.**

7. Defendant filled out the appropriate information on this verification letter and dated June 23, 2025 and emailed the verification letter and Invoice to Plaintiff. A copy of the email sent from Defendant to Plaintiff is attached hereto as **Exhibit C.**

8. The verification letter furthermore stated, and acknowledged by the Defendant, that the laws of the State of New York shall govern and Defendant consents to the jurisdiction of all courts in the County of New York.

9. The due date for the Invoice dated full payment would be due by July 16, 2025.

10. Despite numerous attempts to reach out to Brasil Hay, Tradewind has not received any response from Brasil Hay or any of its representatives for months.

11. Whereas, Defendant Brasil Hay is liable to Plaintiff Tradewind in the amount of $175,000.00, plus costs, and interest from July 16, 2025, the date of the default, through entry of judgment herein.

## AS AND FOR A FIRST CAUSE OF ACTION
## AGAINST DEFENDANT BRASIL HAY:
## (Breach of Contract)

12. Plaintiff repeats and reaffirms the allegations contained in paragraphs "1" through "11" as though fully set forth herein at length.

13. In connection with the Invoice, Defendant was obliged to pay Plaintiff for all orders made to its supplier Williams Hay.

14. On June 16, 2025. Defendant made an order to Williams Hay, its supplier, and was provided a verification letter in which it acknowledged that payment would be effectuated to Plaintiff on the respective due date by wire transfer to the account as designated by the Plaintiff.

15. Defendant was required to make full payment to Plaintiff on or before the due date of July 16, 2025 as memorialized on the Invoice. Although Defendant made this acknowledgment of the obligation, Defendant failed to make payment in the prescribed time.

16. Despite numerous efforts to reach out to Defendant, Plaintiff has not received any payment.

17. As a result of the foregoing, Defendant is liable to Plaintiff in the sum of $175,000.00 plus costs and interest at the statutory rate from the date of this complaint through entry of judgment herein.

**WHEREFORE**, Plaintiff demands judgment:

a) On the FIRST CAUSE OF ACTION against Brasil Hay in the sum of $175,000.00 plus costs and interest from the date of this complaint through the entry of judgment herein;

b) For such other and further relief as this court may deem just and proper.

Dated:  New York, NY
December 2, 2025

**Nikolaos D. Athanasopoulos, Esq.**

By: _____
Attorney for Plaintiff
420 Lexington Avenue, Suite 2845
New York, NY 10017
(917) 680-2042
n.athanasopoulos@tradewindfinance.com

Case 1:26-cv-06552 Document 1-1 Filed 07/31/26 Page 7 of 61

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

------------------------------------------------------------x

TRADEWIND INVEST, LLC,

               Plaintiff,

   - against-

BRASIL HAY SERVICE, INC.,

               Defendant.

------------------------------------------------------------x

Index No.:

Date Filed:

Plaintiff's Place of Business:
Tradewind Invest LLC
c/o Tradewind International Inc.
420 Lexington Avenue, Suite 2845
New York, NY 10017

Plaintiff designates New York County as
the place of trial. Venue is based pursuant
to the Agreement.

---

## SUMMONS AND COMPLAINT

---

**Nikolaos D. Athanasopoulos, Esq.**
Attorney for Plaintiff
420 Lexington Avenue, Suite 2845
New York, NY 10017
(917) 680-2042
n.athanasopoulos@tradewindfinance.com

# EXHIBIT A

Williams Hay & Commodities LLC
424S 150E
Burley, Idaho 83318

June 12, 2025

**Brasil Hay Service, Inc**
Reg. no. 029767410
10885 7th Ave
Hanford, CA 93230

Re: Williams Hay & Commodities LLC

**NOTICE OF SALE AND ASSIGNMENT OF ACCOUNTS RECEIVABLE, NEW PAYEE'S PAYMENT REMITTANCE INSTRUCTIONS**

Dear Valued Customer:
To enhance our efficiencies and serve you better, we are party to an Account Receivables Purchase Agreement with Tradewind Invest LLC, an Accounts Receivable Factor, serviced by Tradewind International Inc., The Graybar Building, Suite 2845, 420 Lexington Avenue, New York, NY 10017, USA. Under our Factoring arrangement, all of our accounts receivable on orders placed by you are sold and assigned by us to Tradewind Invest LLC as 100% owner with full authority to direct payment on all invoices.

Payment instructions for all of our accounts and accounts receivable associated with orders placed by you with us and any prepayment thereof are as follows:

Payment **via wire**:      Commerzbank New York Branch
                           A/C Holder: Tradewind Special Finance LLC
                           A/C No.: 1501112960 00
                           Bank Routing No.: 026008044
                           SWIFT: COBAUS3XXXX

These payment instructions can now only be altered or verified in writing solely by the servicer, Tradewind International, Inc. If you receive a request to make payment using payment instructions other than those shown above or if, at any time, you have any other concerns about following these payment instructions, please bring those promptly to the attention of Tradewind International, Inc.at 212-765-4349. You are authorized to cooperate with our factor if it contacts you regarding our invoices. You will receive invoices conforming to these payment instructions. Even if our invoices direct payment elsewhere, you are responsible for following the payment instructions in this letter.

Tradewind Invest LLC is now also our attorney-in-fact with respect to all of our existing and future accounts receivable and is fully authorized to act on our behalf with respect to the accounts receivable arising from orders placed by you with us.

Please confirm receipt of this letter by completing and signing the following page and then emailing it to op@tradewindfinance.com or mailing it to Tradewind International Inc. at The Graybar Building, Suite 2845, 420 Lexington Avenue, New York, NY 10017, USA.

Your prompt attention to this matter is greatly appreciated.

Yours truly,                              Acknowledged and Agreed:

Williams Hay & Commodities LLC            Tradewind Invest LLC

Client Name: Matt Williams                Name: Ali Hasnain
Title: Owner                              Title: Client Manager
Date: 6/17/25                             Date: 06/17/2025

Williams Hay & Commodities LLC<br>
424S 150E<br>
Burley, Idaho 83318

To:    Tradewind International, Inc.
The Graybar Building, Suite 2845
420 Lexington Avenue, New York
NY 10017, USA

We acknowledge the sale and assignment of all of **Williams Hay & Commodities LLC** accounts receivable to Tradewind Invest LLC. Payment on future invoices (or any prepayment thereof) will be made as directed in this letter. We understand that these payment instructions can only be changed with the prior written consent of Tradewind International Inc. We agree that our obligations on the underlying sale of goods transaction giving rise to the accounts receivable and our obligations following receipt of this notice of assignment are enforceable under the laws of any State within the United States where we maintain an office location and we submit to the jurisdiction of the courts within those particular states.

| | |
|---|---|
| Company: | Brasil Hay Sales |
| By: | Kevin Brasil |
| Print Name: | Kevin Brasil |
| Title: | Owner |
| Date: | 6-18-25 |
| Phone: | (559) 816-2521 |
| Email Address: | hayhog@yahoo.com |

Sample Remittance Instructions to appear on Invoices

*The underlying account receivable of the invoice has been assigned to Tradewind Invest LLC. Your liability remains in force until settlement of the full invoice amount is received into the account of Tradewind Special Finance LLC a/c No. 150111296000 with Commerzbank AG, 2 World Financial Center, NY, NY 10281, Routing No.: 026008044, SWIFT COBAUS3XXXX.*

# EXHIBIT B

Case 1:26-cv-06552   Document 1-1   Filed 07/31/26   Page 12 of 61



Tradewind Invest LLC - The Graybar Building, Suite 2845, 420 Lexington Avenue - New York, New York 10017 U.S.A.

Brasil Hay Service, Inc.

10885 7TH Ave

US-93230 Hanford, CA

20/06/2025

82310 **-** 3

Supplier: Williams Hay and Commodities llc

Dear Sir or Madam,

We hereby enclose copies of the below-referenced invoices issued to your company by the supplier.

Pursuant to a Receivables Purchase and Security agreement with the supplier, please note that the below referenced invoice(s) were assigned to Tradewind Invest LLC and further assigned to Tradewind ITF LLC  and will act as your creditor for such invoices on behalf of the supplier.

Payment of each below-referenced invoice shall be effected, on the respective due date, by wire transfer to our bank account detailed below, without any deduction or retention.

If you and your vendor agreed to a discount or chargeback, please enter here the agreed amount or percentage _____.

Your liability remains in full force and effect until settlement of the full amount for each of the above-referenced invoice(s) is received into this account.

| Invoice Number. | Date: | Maturity date: | Invoice Amount: USD |
|---|---|---|---|
| 1031 | 16.06.2025 | 16.07.2025 | 175,500.00 |

Commerzbank AG
A/C Holder: Tradewind Special Finance LLC
A/C No.:150111296000  Bank Routing No.: 026008044  SWIFT: COBAUS3XXXX

Furthermore, by signing, dating and apposing your company's seal or stamp on this letter, you hereby agree, acknowledge and accept, irrevocably and unconditionally, that you owe each of the amounts  pertaining to each of the above-referenced invoices to Tradewind Special Finance LLC, irrespective of the underlying shipment of goods and their conformity thereof.

In the event of a dispute, the laws of the State of New York shall govern.  You hereby consent to the jurisdiction of all courts in the County of New York, State of New York. You waive the right to trial by jury in any legal action between Tradewind Invest LLC and you.



20/06/2025

82310 - 3

In order to simplify matters your dated and legally binding signature and stamp on this letter, returned to us, shall be sufficient.

Yours Sincerely,
Tradewind Invest LLC
Olga Astrain

Agreed and Acknowledged:
Brasil Hay Service, Inc.

Print Name & Position: _____

Date: _____

Title: _____

Phone: _____

Email Address: _____

Stamp : _____

Tradewind Invest LLC • The Graybar Building, Suite 2845, 420 Lexington Avenue, New York • New York 10017 U.S.A
Phone: 212-765-4349 • Fax: 212-765-4346 • Email: op@tradewindfinance.com
www.tradewindfinance.com

# INVOICE

**Williams Hay and Commodities LLC**

424 S 150 E, ID

williamshay1191@gmail.com

+1 (208) 312-1371



## Brasil Hay Service Inc. Reg. # 029767410

**Bill to**

Brasil Hay Service Inc.

10885 7th Ave

Hanford, California 93230

**Ship to**

Brasil Hay Service Inc.

10885 7th Ave

Hanford, California 93230

## Invoice details

Invoice no.: 1031

Terms: Net 30

Invoice date: 06/16/2025

Due date: 07/16/2025

| # | Date | Product or service | Description | Qty | Rate | Amount |
|---|------|--------------------|-------------|-----|------|--------|
| 1. | | Alfalfa 4x4 | PO# KF 101,303 | 1300 | $135.00 | $175,500.00 |

| | Total | **$175,500.00** |
|---|---|---|

## Note to customer

The underlying account receivable of the invoice has been assigned to Tradewind Invest LLC. Your liability remains in force until settlement of the full invoice amount is recieved into the account of Tradewind Special Finance llc a/c No. 150111296000 with Commerz bank AG, 2 world financial center, NY, NY 10281, Routing # 026008044, Swift COBAUS3XXXX.

# EXHIBIT C

| **From:** | Kevin Brasil |
|---|---|
| **To:** | OP |
| **Cc:** | Ali Hasnain |
| **Subject:** | Re: Verification_Williams Hay and Commodities llc _Brasil Hay Service, Inc._1031_20.06.2025 |
| **Date:** | Monday, June 23, 2025 10:13:07 AM |
| **Attachments:** | Verification_Williams Hay and Commodities llc _ Brasil Hay Service, Inc._1031_20.06.2025.pdf |

**CAUTION:** This email originated outside of the organization. This message might not be safe, use caution in opening it. If in doubt, do not open the attachment nor links in the message.

On Jun 23, 2025, at 6:53 AM, OP <op@tradewindfinance.com> wrote:

Sent from my iPhone

Good morning,

Following up with the below.

Thanks and regards,

<image004.jpg>

Olga Astrain
**Operations Administrator**
Tradewind International Inc.
p: +1 212 765 4349 x 111   m: N/A
a: The Graybar Building, Suite 2845
   420 Lexington Avenue, New York, NY 10017, USA
w: tradewindfinance.com   e: o.astrain@tradewindfinance.com

**Subscribe to our newsletter**
<image003.png>

Please be aware of cyber security protocols. Our company email address will never change. If you receive a request such as changing payment instructions please be highly suspicious of its legitimacy. You should verify the authenticity of any and all changes of payment instructions by contacting Tradewind.
This message and any attachments contain confidential information. If you are not the intended recipient you must not distribute or copy this message or attachment or disclose the contents to any other person. Please notify the sender immediately by e-mail or telephone if you have received this e-mail in error and delete this message and any attachments from your system. Thank you. Please find our privacy policy here.

**From:** OP
**Sent:** Friday, June 20, 2025 4:04 PM
**To:** hayhog@yahoo.com

**Cc:** Ali Hasnain <a.hasnain@tradewindfinance.com>; clients.us <clients.us@tradewindfinance.com>

**Subject:** Verification_Williams Hay and Commodities llc _Brasil Hay Service, Inc._1031_20.06.2025

Dear Kevin,

Kindly find attached a new invoice, which we received from your supplier Williams Hay and Commodities llc  for confirmation.

Please can you confirm on our verification letter that you have received the goods, the invoice is correct and will be paid on the due date on our nominated bank account .

Thank you for your kind assistance.

Thanks and regards,

<image002.jpg>

Olga Astrain
**Operations Administrator**
Tradewind International Inc.
p: +1 212 765 4349 x 111   m: N/A
a: The Graybar Building, Suite 2845
   420 Lexington Avenue, New York, NY 10017, USA
w: tradewindfinance.com   e: o.astrain@tradewindfinance.com

**Subscribe to our newsletter**
<image003.png>

Please be aware of cyber security protocols. Our company email address will never change. If you receive a request such as changing payment instructions please be highly suspicious of its legitimacy. You should verify the authenticity of any and all changes of payment instructions by contacting Tradewind.
This message and any attachments contain confidential information. If you are not the intended recipient you must not distribute or copy this message or attachment or disclose the contents to any other person. Please notify the sender immediately by e-mail or telephone if you have received this e-mail in error and delete this message and any attachments from your system. Thank you. Please find our privacy policy here.

<Verification_Williams Hay and Commodities llc _Brasil Hay Service, Inc._1031_20.06.2025.pdf>

At an Ex Parte Motion Part of the Supreme Court of the State of New York, held in and for the County of New York, at the Courthouse thereof, 60 Centre Street, New York, N.Y. on the _____ day of _____, 2026.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------x
TRADEWIND INVEST, LLC

                    Plaintiff,                                        Index No.: 656232/2025


              -against-

                                                        **ORDER FOR ALTERNATE MANNER OF SERVICE AND EXTENSION OF TIME TO SERVE**

BRASIL HAY SERVICE, INC.,

                    Defendant.

-------------------------------------------------------------x

Upon reading and filing the Summons and Complaint, in the above-entitled action, and the affidavit of Amy Y. Chen, Esq., counsel for plaintiff, Tradewind Invest LLC, dated June 17, 2026, and upon the pleadings had herein, and it appearing that service of the Summons and Complaint herein upon the defendant, Brasil Hay Service, Inc., pursuant to CPLR 308(1) is impracticable.

Now, on motion of Tradewind Invest LLC, plaintiff, for an order directing an alternate manner of service of the Summons and Complaint pursuant to CPLR 308(5) and permitting an

extension of time in the interest of good cause or in the interest of justice, pursuant to CPLR 306-b.

**ORDERED**, that the Summons and Complaint be served upon defendant, Brasil Hay Service, Inc., by (1) mailing a copy of the Summons and Complaint to the California Secretary of State for service of process, by first-class mail with tracking; (2) mailing a copy of the Summons and Complaint to defendant, Brasil Hay Services, Inc., at its last known address at 10885 7th Avenue, Hanford, California 93230, by certified mail and first-class mail; and (3) transmitting a copy of the Summons and Complaint to defendant, Brasil Hay Services, Inc., at its last known email address, at hayhog@yahoo.com, via electronic mail; and that service as aforesaid shall be in lieu of CPLR 308(1)-(4), and it is

**ORDERED**, that the plaintiff's time within which to serve defendant with the Summons and Complaint in this action, and file an affidavit of service is hereby extended 120 days from the date of this Order, said time to expire on _____.

**ENTER:**

_____

Justice of the Supreme Court

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

------------------------------------------------------------x

TRADEWIND INVEST, LLC

                          Plaintiff,

              -against-

BRASIL HAY SERVICE, INC.,

                        Defendant.

------------------------------------------------------------x

Index No.: 656232/2025

Motion Sequence No. 1

**AFFIDAVIT IN SUPPORT**

I, Amy Y. Chen, Esq., being duly sworn, deposes and says under penalty of perjury:

1.      I am counsel for Plaintiff, Tradewind Invest LLC, admitted to the practice of law in New York. I am over 18 years of age, of sound mind, and otherwise competent to make this Affidavit. The evidence set out in the Affidavit is based upon my personal knowledge unless I expressly state otherwise.

2.      I submit this Affidavit in support of the Order to Show Cause for Alternative Service pursuant to CPLR 308(5) and Extension of Time pursuant to CPLR 306-b.

3.      This action arises from a claim for breach of contract of an unpaid invoice owed to Plaintiff. Annexed hereto as **Exhibit A** is a true and correct copy of the Summons and Complaint. Plaintiff initiated this matter on December 2, 2025. (NYSCEF Doc 1.).

4.      Despite diligent and good faith repeated efforts, Plaintiff has been unable to effectuate personal service upon Defendant in accordance with CPLR 308.

1

5.  Specifically, Plaintiff has attempted personal service at Defendant's last known address, 10885 7th Avenue Hanford, CA 93230. Annexed hereto as **Exhibit B** is a true and correct copy of the Affidavits of Service. These genuine attempts were made at varying dates and times as follows:

    a.  Personal (stakeout) service on March 3, 2026 at 4:24pm PST

    b.  Personal (stakeout) service on March 3, 2026 at 8:51pm PST

    c.  Personal service on March 4, 2026 at 1:19pm PST

    d.  Personal service on March 5, 2026 at 7:02am PST

    e.  Personal service on June 5, 2026 at 7:56am PDT

    f.  Personal service on June 6, 2026 at 7:41pm PDT

    g.  Personal service on June 11, 2026 at 1:40pm PDT

6.  Plaintiff also made good faith attempted personal service during the three separate times set forth below; however, the house number of the address was erroneous for these attempts, and Plaintiff did not discover this mistake until May, when Plaintiff was already preparing the instant motion. The address for these attempts below was **10085** 7th Avenue, Hanford, California 93230, rather than the correct **10885** 7th Avenue, Hanford, California 93230.

    a.  Personal attempt on February 19, 2026 at 5:51pm PST

    b.  Personal attempt on February 20, 2026 at 7:23am PST

    c.  Personal service on February 21, 2026 at 10:35am PST

7.  Plaintiff undertook good faith and reasonable efforts to locate Defendant, including review of relevant internal records related to Defendant and review of public records, including Information Statements filed by Defendant with the

2

California Secretary of State, a copy of which is annexed as **Exhibit C**. A copy of Plaintiff's records related to Defendant is annexed as **Exhibit D.**

8. Based on the foregoing, Defendant appears to be not amenable to traditional service methods.

9. Plaintiff respectfully requests that the Court authorize service by one or more of the following methods:

   a. Delivery by first-class mail with tracking to the California Secretary of State;

   b. Delivery by certified mail and first-class mail to Defendant's last known address at 10885 7th Avenue Hanford, CA 93230;

   c. Delivery by electronic mail to Defendant at Defendant's last known e-mail address at hayhog@yahoo.com;

   d. Any other method the Court deems reasonably calculated to provide notice.

10. Plaintiff also requests extension of time to serve Defendant based on good cause or in the interest of justice. Plaintiff undertook multiple genuine attempts to effectuate service, through repeated attempts at personal service at last known address at different dates and varying times. Despite these efforts, service could not be completed. The delay is limited, and Defendant suffers no prejudice from a short extension.

11. For the reasons stated above, Plaintiff respectfully requests that this Court grant an order permitting alternative service pursuant to CPLR 308(5) and extension of time pursuant to CPLR 306-b. A prior application has not been made for the relief now requested.

3

WHEREFORE, I respectfully request that this motion be granted, and that the Court

grant any other and further relief as many be just and proper.

Dated: June 17, 2026
New York, New York

By: ____/s/Amy Y. Chen_____
Amy Y. Chen, Esq.

4

Case 1:26-cv-06552    Document 1-1    Filed 07/31/26    Page 24 of 61

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-----------------------------------------------------------x

TRADEWIND INVEST, LLC

                          Plaintiff,

                  -against-

BRASIL HAY SERVICE, INC.,

                         Defendant.

-----------------------------------------------------------x

Index No.: 656232/2025

Motion Sequence No. 1

**MEMORANDUM OF LAW**

**MEMORANDUM OF LAW**

## PRELIMINARY STATEMENT

Plaintiff respectfully submits this Memorandum of Law in support of an Order to Show Cause seeking permission to effectuate service upon Defendant by alternative means pursuant to CPLR 308(5) and to extend time to complete such service pursuant to CPLR 306-b. Despite diligent and repeated efforts, Plaintiff has been unable to effectuate personal service upon Defendant through the methods set forth in CPLR 308, rendering court-authorized alternative service necessary and appropriate.

## STATEMENT OF FACTS

Plaintiff instigated this action for breach of contract against Defendant on December 2, 2025 by filing the Summons and Complaint. *See* **Ex. A.** By way of an invoice, an obligation and commitment were created for Defendant to provide payment to Plaintiff for an order of alfafa hay from its supplier. *Id*. Defendant failed to pay the invoice, though due date for full payment in the amount of $175,000, was July 16, 2025. *Id*. Despite numerous attempts to reach out to Defendant, Plaintiff has not received any response. *Id*.

In accordance with CPLR 308(1)-(4), Plaintiff made genuine, repeated personal service attempts to serve the Summons and Complaint on Defendant at Defendant's last known address at 10885 7th Avenue Hanford, CA 93230. *See* **Ex. B**. The personal attempts, which included stakeout service, were made at varying times during the days of March 3, 4 and 5, 2026, and June 5, 6, and 11, 2026. *Id*. However, Defendant was not found at the address. Plaintiff also attempted personal service on February 19, 20, and 21, 2026 however the house number of the address for these attempts turned out to be erroneous, a mistake that was not discovered until May 2026 when Plaintiff was preparing the instant motion. The address for these attempts was

2

10085 7th Avenue, Hanford, California 93230, rather than the correct 10885 7th Avenue, Hanford, California 93230.

## LEGAL STANDARD

Under CPLR 308(5), where service by the statutorily prescribed methods is impracticable, the Court may direct an alternative method of service "in such manner as the court, upon motion without notice, directs." *See* CPLR 308(5). The statute grants the Court broad discretion to authorize a method of service that is reasonably calculated, under the circumstances, to apprise the defendant of the action and afford an opportunity to be heard. *Snyder v. Alternate Energy Inc.,* 19 Misc. 3d 954, 962 (Civ. Ct. N.Y. Cnty. 2008) (finding that a "court could readily conclude that service by e-mail is 'reasonably calculated, under all the circumstances, to apprise the defendants of the actions brought against them'"). New York courts consistently hold that the guiding principle of CPLR 308(5) is reasonableness under the circumstances, not strict adherence to traditional service mechanisms where such methods have proven ineffective or impracticable. *Liebeskind v. Liebeskind*, 86 AD2d 207 (1st Dept 1982), aff'd 58 NY2d 858 (1983) (recognizing that CPLR 308(5) permits court-directed service based on practical considerations of what is reasonable under the circumstances)*; Matter of Schildt v. Campanella*, 2025 NY Slip Op 30696(U) (Sup Ct, Monroe County Feb. 27, 2025) (Doyle, J.).

## ARGUMENT

### I.      Plaintiff Has Exercised Due Diligence in Attempting Personal Service

Courts routinely find that repeated unsuccessful attempts at personal service constitute sufficient diligence to warrant alternative service under CPLR 308(5). *Kelly v. Lewis*, 220 A.D.2d 485, 486 (1st Dep't 1995) (finding that lower court reasonably concluded that service was

3

impracticable and properly directed alternative service because "plaintiffs made three unsuccessful attempts at three different times on three different weekdays to serve the defendant [] at his last known residence address").

Here, Plaintiff has made multiple good faith attempts to serve Defendant in accordance with CPLR 308, including repeated personal service attempts at Defendant's last known address on the following dates (*See* **Ex. B**):

a.    Personal (stakeout) service on March 3, 2026 at 4:24pm PST

b.    Personal (stakeout) service on March 3, 2026 at 8:51pm PST

c.    Personal service on March 4, 2026 at 1:19pm PST

d.    Personal service on March 5, 2026 at 7:02am PST

e.    Personal service on June 5, 2026 at 7:56am PDT

f.    Personal service on June 6, 2026 at 7:41pm PDT

g.    Personal service on June 11, 2026 at 1:40pm PDT

Despite these repeated efforts on different dates and at varying times, service has been unsuccessful. Defendant was not found at the address.

## II.    Traditional Methods of Service Have Proven Impracticable

Where a defendant cannot be located or evades service, strict adherence to CPLR 308(1)-(4) becomes impracticable. *Franklin v. Winard*, 189 AD2d 717, 717 (1st Dept 1993) (noting that "[a] showing of impracticability under CPLR 308 (5) does not require proof of actual prior attempts to serve a party under the methods outlined pursuant to subdivisions (1), (2) or (4) of

4

Case 1:26-cv-06552   Document 1-1   Filed 07/31/26   Page 28 of 61

CPLR 308"). New York courts recognize that the purpose of service rules is not mechanical compliance, but rather ensuring notice reasonably calculated to apprise the defendant of the action. *Baidoo v. Blood-Dzraku*, 48 Misc 3d 309, 317 (Sup Ct, NY County 2015) (stating "[n]ot only is it reasonably calculated to provide defendant with notice…but every indication is that it will achieve what should be the goal of every method of service: actually delivering the summons to him").

In this instance, Plaintiff undertook reasonable efforts to locate Defendant, including conducting a thorough review of internal records related to the Defendant and review of public records, including Information Statements submitted by the Defendant to the California Secretary of State. *See* **Exs. C** and **D**. Yet, despite reasonable investigative efforts, Plaintiff has been unable to effectuate service through traditional means. Accordingly, service pursuant to CPLR 308(5) is appropriate.

**III.    The Proposed Alternative Methods Are Reasonably Calculated to Provide Notice**

Courts in New York have routinely approved alternative service methods such as mail and email where they are reasonably calculated to provide actual notice, particularly where defendants have been difficult to locate or have evaded service. *NMR e-Tailing LLC v. Oak Inv. Partners,* 216 A.D.3d 572 (1st Dept 2023)**.** These methods satisfy due process requirements because they are reasonably likely to apprise Defendant of the pendency of this action. Accordingly, Plaintiff proposes service by first-class mail with tracking to the California Secretary of State, by certified mail and first-class mail to Defendant's last known address, and by electronic service to Defendant's known email address.

**IV.    The Requested Relief Is Consistent with Due Process and Judicial Discretion Under CPLR 308(5).**

5

CPLR 308(5) vests this Court with broad discretion to fashion alternative service methods where traditional service is impracticable. The proposed methods ensure fairness, preserve Defendant's due process rights, and allow the action to proceed without undue delay.

**V.      Extension of Time To Effectuate Service on Defendant is Warranted for Good Cause and in the Interest of Justice.**

Pursuant to CPLR 306-b, service of the pleadings shall be effectuated within 120 days of commencement and the Court may extend the time to serve either by "good cause shown" or "in the interests of justice". *Countrywide Home Loans, Inc. v Lyons*, 219 AD3d 1404, 1406 (2d Dept 2023) (granting extension of service because the plaintiff filed their action, attempted service, and requested an extension timely and there was no prejudice to the defendant).

**A.  Good Cause Exists Because Plaintiff Exercised Diligent Efforts to Effect Service.**

An extension is warranted for "good cause" where a plaintiff demonstrates reasonably diligent efforts to effect service within the statutory period. *Leader v. Maroney*, 97 NY.2d 95, 101, 105 (2001). Here, Plaintiff undertook multiple, genuine attempts to serve Defendant, including repeated attempts at personal service at last known address and at varying times. Despite these efforts, service could not be completed. Plaintiff's efforts were neither perfunctory nor dilatory. Rather, the efforts reflect a sustained attempt to comply with the CPLR's service requirements. Accordingly, an extension is warranted for good cause.

**B.  Alternatively, an Extension Is Warranted in the Interest of Justice.**

"The interest of justice standard is broader than the good cause standard, as its factors also include the expiration of the statute of limitations, the meritorious nature of the action, the length of delay in service, the promptness of a request by the plaintiff for an extension, and prejudice to

6

the defendant." *Bumpus v. New York City Transit Authority*, 66 A.D.3d 26, 32–33 (1st Dep't 2009) (internal and external citations omitted). When determining "whether to grant a motion to extend the time for service in the interest of justice, the court must carefully analyze the factual setting of the case and a balancing of the competing interests presented by the parties. Unlike an extension request premised on good cause, a plaintiff need not establish reasonably diligent efforts at service as a threshold matter." *Id*. In this instance, Plaintiff made genuine efforts to effectuate service, the delay is limited, and Defendant suffers no prejudice from a short extension. Therefore, extension should be granted in the interest of justice.

## CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court grant the Order to Show Cause, (1) authorizing service upon Defendant by the alternative methods set forth therein pursuant to CPLR 308(5), and (2) extending time to effectuate service pursuant to CPLR 306-b, and together with such other and further relief as this Court deems just and proper.

Dated: June 17, 2026
New York, New York

By: __/s/Amy Y Chen_____
      Amy Y. Chen, Esq.

7

# EXHIBIT A

Case 1:26-cv-06562-LERR Document 1-10 Filed 07/31/26 Page 32 of 61

FILED: NEW YORK COUNTY CLERK 06/17/2026 11:07 AM INDEX NO. 656232/2025
NYSCEF DOC. NO. 1 RECEIVED NYSCEF: 12/02/2025

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---------------------------------------------------------------x

TRADEWIND INVEST, LLC,

                Plaintiff,

      - against-

BRASIL HAY SERVICE, INC.,

                Defendant.

---------------------------------------------------------------x

TO THE ABOVE-NAMED DEFENDANT(S):

Index No.:

Date Filed:

**SUMMONS**

Plaintiff's Place of Business:
Tradewind Invest LLC
c/o Tradewind International Inc.
420 Lexington Avenue, Suite 2845
New York, NY 10017

Plaintiff designates New York County as the place of trial. Venue is based pursuant to the Agreement.

      **YOU ARE HEREBY SUMMONED** to appear in the Supreme Court of the State of New York, County of New York at the office of the Clerk of said county at 60 Centre Street, New York, NY 10013 and to answer the Complaint in this action and serve a copy of your Answer or, if the Complaint is not served with the Summons, to serve a Notice of Appearance, on the plaintiff's attorney within 20 days after the service of this Summons, exclusive of the day of service; or within 30 days after the service is complete if this Summons is not personally delivered to you within the State of New York. In case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the Complaint.

Dated: New York, NY
       December 2, 2025

                            **Nikolaos D. Athanasopoulos, Esq.**

                            By: _____
                            Attorney for Plaintiff
                            420 Lexington Avenue, Suite 2845
                            New York, NY 10017
                            (212) 765-4349
                            n.athanasopoulos@tradewindfinance.com

**Brasil Hay Service, Inc.**
10885 7th Avenue
Hanford, CA 93230

Case 1:26-cv-06561-ER Document 1-1 Filed 07/31/26 Page 33 of 61

INDEX NO. 656232/2025

NYSCEF DOC. NO. 1 RECEIVED NYSCEF: 12/02/2025

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-----------------------------------------------------------x

TRADEWIND INVEST, LLC,

                                    Plaintiff,

          - against-

BRASIL HAY SERVICE, INC.,

                                    Defendant.

-----------------------------------------------------------x

Index No.:

Date Filed:

**COMPLAINT**

Tradewind Invest LLC by its Nikolaos D. Athanasopoulos, Esq., complaining of the Defendant Brasil Hay Service, Inc. alleges as follows:

## PARTIES

1. Plaintiff, Tradewind Invest LLC ("Tradewind" or "Plaintiff") is, and at all times hereinafter mentioned is a limited liability company duly formed under the laws of the State of Delaware with offices located at c/o Tradewind International Inc., 420 Lexington Avenue, Suite 2845, New York, NY 10017.

2. Upon information and belief, Defendant Brasil Hay Service, Inc. ("Brasil Hay" or "Defendant") is, and at all times hereinafter mentioned, is a corporation duly formed under the laws of the State of California with a principal place of business at 10085 7th Avenue, Hanford CA 93230

3. Defendant has consented to the jurisdiction of this Court pursuant to the documents referenced below.

FILED: NEW YORK COUNTY CLERK 06/17/2026 11:07 AM
NYSCEF DOC. NO. 8
Case 1:26-cv-06562-ER Document 1-2 Filed 07/31/26 Page 34 of 61
NYSCEF DOC. NO. 1
INDEX NO. 656232/2025
RECEIVED NYSCEF: 06/17/2026
RECEIVED NYSCEF: 12/02/2025

## FACTUAL ALLEGATIONS

4. By way of the "Notice of Sale and Assignment of Accounts Receivable, New Payee's Payment Remittance Instructions" dated June 12, 2025 (the "NOA") an obligation and commitment was created for Brasil Hay to provide payment to Plaintiff for all orders and sales volume placed by Defendant from Williams Hay & Commodities LLC ("Williams Hay"). These instructions specifically named Plaintiff as the attorney in fact with respect to all of Williams Hay's existing and future accounts receivable. The Defendant acknowledged these instructions and obligations with its signature from its owner Kevin Brasil. A copy of the NOA is attached hereto as **Exhibit "A."**

5. By way of an invoice dated June 16, 2025 (the "Invoice") an obligation and commitment was created for Brasil Hay to provide payment to Tradewind for an order of alfafa hay from its supplier Williams Hay.

6. Along with the invoice, Defendant Brasil Hay was provided with an attached verification letter which stated Defendant acknowledges, agrees, and accepts unconditionally that it owes the amounts pertaining to the Invoice. A copy of the verification letter and Invoice is attached hereto as **Exhibit B.**

7. Defendant filled out the appropriate information on this verification letter and dated June 23, 2025 and emailed the verification letter and Invoice to Plaintiff. A copy of the email sent from Defendant to Plaintiff is attached hereto as **Exhibit C.**

8. The verification letter furthermore stated, and acknowledged by the Defendant, that the laws of the State of New York shall govern and Defendant consents to the jurisdiction of all courts in the County of New York.

9. The due date for the Invoice dated full payment would be due by July 16, 2025.

10. Despite numerous attempts to reach out to Brasil Hay, Tradewind has not received any response from Brasil Hay or any of its representatives for months.

11. Whereas, Defendant Brasil Hay is liable to Plaintiff Tradewind in the amount of $175,000.00, plus costs, and interest from July 16, 2025, the date of the default, through entry of judgment herein.

FILED: NEW YORK COUNTY CLERK 06/17/2026 11:07 AM

## AS AND FOR A FIRST CAUSE OF ACTION
## AGAINST DEFENDANT BRASIL HAY:
### (Breach of Contract)

12. Plaintiff repeats and reaffirms the allegations contained in paragraphs "1" through "11" as though fully set forth herein at length.

13. In connection with the Invoice, Defendant was obliged to pay Plaintiff for all orders made to its supplier Williams Hay.

14. On June 16, 2025. Defendant made an order to Williams Hay, its supplier, and was provided a verification letter in which it acknowledged that payment would be effectuated to Plaintiff on the respective due date by wire transfer to the account as designated by the Plaintiff.

15. Defendant was required to make full payment to Plaintiff on or before the due date of July 16, 2025 as memorialized on the Invoice. Although Defendant made this acknowledgment of the obligation, Defendant failed to make payment in the prescribed time.

16. Despite numerous efforts to reach out to Defendant, Plaintiff has not received any payment.

17. As a result of the foregoing, Defendant is liable to Plaintiff in the sum of $175,000.00 plus costs and interest at the statutory rate from the date of this complaint through entry of judgment herein.

Case 1:26-cv-06552 Document 1-102 Filed 06/31/26 Page 36 of 61

INDEX NO. 656232/2025
NYSCEF DOC. NO. 1
RECEIVED NYSCEF: 12/02/2025

**WHEREFORE**, Plaintiff demands judgment:

a) On the FIRST CAUSE OF ACTION against Brasil Hay in the sum of $175,000.00 plus costs and interest from the date of this complaint through the entry of judgment herein;

b) For such other and further relief as this court may deem just and proper.

Dated: New York, NY
December 2, 2025

**Nikolaos D. Athanasopoulos, Esq.**

By: _____
Attorney for Plaintiff
420 Lexington Avenue, Suite 2845
New York, NY 10017
(917) 680-2042
n.athanasopoulos@tradewindfinance.com

FILED: NEW YORK COUNTY CLERK 06/17/2026 11:07 AM
NYSCEF DOC. NO. 8
INDEX NO. 656232/2025
INDEX NO. 656232/2025
RECEIVED NYSCEF: 06/17/2026
RECEIVED NYSCEF: 12/02/2025
NYSCEF DOC. NO.: 1

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-----------------------------------------------------------x

TRADEWIND INVEST, LLC,

                       Plaintiff,

    - against-

BRASIL HAY SERVICE, INC.,

                       Defendant.

-----------------------------------------------------------x

Index No.:

Date Filed:

Plaintiff's Place of Business:
Tradewind Invest LLC
c/o Tradewind International Inc.
420 Lexington Avenue, Suite 2845
New York, NY 10017

Plaintiff designates New York County as the place of trial. Venue is based pursuant to the Agreement.

---

## SUMMONS AND COMPLAINT

---

**Nikolaos D. Athanasopoulos, Esq.**
Attorney for Plaintiff
420 Lexington Avenue, Suite 2845
New York, NY 10017
(917) 680-2042
n.athanasopoulos@tradewindfinance.com

# EXHIBIT B

FILED: NEW YORK COUNTY CLERK 06/17/2026 11:07 AM
NYSCEF DOC. NO. 9
INDEX NO. 656232/2025
RECEIVED NYSCEF: 06/17/2026

# AFFIDAVIT OF NON-SERVICE

| Case:<br>656232/2025 | Court:<br>SUPREME COURT OF THE STATE OF NEW YORK<br>COUNTY OF NEW YORK | County:<br>NEW YORK | Job:<br>15252303 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>TRADEWIND INVEST LLC | | Defendant / Respondent:<br>BRASIL HAY SERVICE INC. | |
| Received by:<br>LawServePro | | For:<br>Tradewind International Inc | |
| To be served upon:<br>Kevin Brasil | | | |

I, Russell Levine, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**  Kevin Brasil, 10085 7th Avenue, Hanford , CA 93230

**Manner of Service:**  Unsuccessful Attempt

**Documents:**  SUMMONS; COMPLAINT; AS AND FOR A FIRST CAUSE OF ACTION AGAINST DEFENDANT BRASIL HAY: (BREACH OF CONTRACT); SUMMONS AND COMPLAINT, EXHIBITS/ATTACHMENTS, EXHIBITS/ATTACHMENTS, EXHIBITS/ATTACHMENTS

**Additional Comments:**
1) Unsuccessful Attempt: Feb 19, 2026, 5:51 pm PST at 10085 7th Avenue, Hanford , CA 93230
Attempted service, no answer at the door despite knocking for several minutes.

2) Unsuccessful Attempt: Feb 20, 2026, 7:23 am PST at 10085 7th Avenue, Hanford , CA 93230
Attempted service, no answer at the door despite knocking for several minutes.

3) Unsuccessful Attempt: Feb 21, 2026, 10:35 am PST at 10085 7th Avenue, Hanford , CA 93230
Attempted service, no answer at the door despite knocking for several minutes.

_____     February 21, 2026
Russell Levine                                     Date

LawServePro
8482 Fort Smallwood Road, B-110
Pasadena, MD 21122

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public
February 21, 2026     July 18, 2027
Date                          Commission Expires

Case 1:26-cv-06552   Document 1-1   Filed 07/31/26   Page 40 of 61

# AFFIDAVIT OF NON-SERVICE

| Case:<br>656232/2025 | Court:<br>Supreme Court of the State of New York, County of<br>New York | County:<br>New York | Job:<br>15325889 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Tradewind Invest LLC | | Defendant / Respondent:<br>Brasil Hay Service, Inc. | |
| Received by:<br>LawServePro | | For:<br>John Bettex | |
| To be served upon:<br>Kevin Brasil | | | |

I, Delilah Fogart, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address:   Kevin Brasil, 10885 7th Ave, Hanford , CA 93230

Manner of Service:   Unsuccessful Attempt

Documents:   Summons; Complaint; Summons and Complaint; Exhibits

Additional Comments:

1) Unsuccessful Attempt: Mar 3, 2026, 4:24 pm PST at 10885 7th Ave, Hanford , CA 93230
Arrived at the address at 4:19pm PST to begin stakeout service. No movement/activity at this time to report.

2) Unsuccessful Attempt: Mar 3, 2026, 8:51 pm PST at 10885 7th Ave, Hanford , CA 93230
I observed no movement or activity at the property. I attempted service at 8:32pm, no answer. I concluded the stakeout service at 8:49pm PST.

3) Unsuccessful Attempt: Mar 4, 2026, 1:19 pm PST at 10885 7th Ave, Hanford , CA 93230
Attempted service, no answer at the door despite knocking for several minutes.

4) Unsuccessful Attempt: Mar 5, 2026, 7:02 am PST at 10885 7th Ave, Hanford , CA 93230
Attempted service, no answer at the door despite knocking for several minutes.

| | |
|---|---|
| _Delilah Fogart_ (signature) | March 5, 2026 |
| Delilah Fogart | **Date** |

LawServePro
8482 Fort Smallwood Road, B-110
Pasadena, MD 21122
(888) 507-0913

## AFFIDAVIT OF NON-SERVICE

| Case: 656232/2025 | Court: Supreme Court of the State of New York, County of New York | County: New York | Job: 16061515 |
|---|---|---|---|
| **Plaintiff / Petitioner:** Tradewind Invest LLC | | **Defendant / Respondent:** Brasil Hay Service Inc. | |
| **Received by:** LawServePro | | **For:** Tradewind International Inc. | |
| **To be served upon:** Kevin Brasil | | | |

I, Regina White, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   Kevin Brasil, 10885 7th Ave, Hanford, CA 93230

**Manner of Service:**   Unsuccessful Attempt

**Documents:**   Summons; Complaint; Attachments/Exhibits

**Additional Comments:**
1) Unsuccessful Attempt: Jun 5, 2026, 7:56 am PDT at 10885 7th Ave, Hanford, CA 93230
Arrived at address, no answer at the door.

2) Unsuccessful Attempt: Jun 6, 2026, 7:41 pm PDT at 10885 7th Ave, Hanford, CA 93230
No answer, unsuccessful attempt.

3) Unsuccessful Attempt: Jun 11, 2026, 1:40 pm PDT at 10885 7th Ave, Hanford, CA 93230
Attempted service, no answer.

_____          June 11, 2026
Regina White                            Date

LawServePro
8482 Fort Smallwood Road, B-110
Pasadena, MD 21122
(888) 507-0913

FILED: NEW YORK COUNTY CLERK 06/17/2026 11:07 AM
NYSCEF DOC. NO. 9

INDEX NO. 656232/2025

RECEIVED NYSCEF: 06/17/2026

Case 1:26-cv-06552     Document 1-1     Filed 07/31/26     Page 41 of 61

# EXHIBIT C

BA20250784937

B3610-1831  04/16/2025  1:00 PM Received by California Secretary of State

## STATE OF CALIFORNIA
*Office of the Secretary of State*
## STATEMENT OF INFORMATION
## CORPORATION
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

| For Office Use Only |
| :---: |
| **-FILED-** |
| File No.: BA20250784937 |
| Date Filed: 4/16/2025 |

### Entity Details

| | |
| --- | --- |
| Corporation Name | BRASIL HAY SERVICE, INC. |
| Entity No. | 2411567 |
| Formed In | CALIFORNIA |

**Street Address of Principal Office of Corporation**

| | |
| --- | --- |
| Principal Address | 10885 7TH AVENUE<br>HANFORD, CA 93230 |

**Mailing Address of Corporation**

| | |
| --- | --- |
| Mailing Address | 10885 7TH AVENUE<br>HANFORD, CA 93230 |
| Attention | |

**Street Address of California Office of Corporation**

| | |
| --- | --- |
| Street Address of California Office | 10885 7TH AVENUE<br>HANFORD, CA 93230 |

**Officers**

| Officer Name | Officer Address | Position(s) |
| --- | --- | --- |
| JOE L BRASIL | 10885 7TH AVENUE<br>HANFORD, CA 93230 | Chief Executive Officer, Secretary, Chief Financial Officer |

**Additional Officers**

| Officer Name | Officer Address | Position | Stated Position |
| --- | --- | --- | --- |
| None Entered | | | |

**Directors**

| Director Name | Director Address |
| --- | --- |
| JOE L BRASIL | 10885 7TH AVENUE<br>HANFORD, CA 93230 |

The number of vacancies on Board of Directors is: 0

**Agent for Service of Process**

| | |
| --- | --- |
| Agent Name | JOE L BRASIL |
| Agent Address | 10885 7TH AVENUE<br>HANFORD, CA 93230 |

**Type of Business**

| | |
| --- | --- |
| Type of Business | HAY HAULING |

**Email Notifications**

| | |
| --- | --- |
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

**Labor Judgment**

No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

Electronic Signature

☒  By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.

*Joe L Brasil*
_____
Signature

*04/16/2025*
_____
Date

B3610-1832  04/16/2025  1:00 PM Received by California Secretary of State



## STATE OF CALIFORNIA
*Office of the Secretary of State*
## STATEMENT OF INFORMATION
## CORPORATION
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

| For Office Use Only |
| --- |
| **-FILED-** |
| File No.: BA20260727441 |
| Date Filed: 4/1/2026 |

BA20260727441

| Entity Details | |
| --- | --- |
| Corporation Name | BRASIL HAY SERVICE, INC. |
| Entity No. | 2411567 |
| Formed In | CALIFORNIA |

| Street Address of Principal Office of Corporation | |
| --- | --- |
| Principal Address | 10885 7TH AVENUE HANFORD, CA 93230 |

| Mailing Address of Corporation | |
| --- | --- |
| Mailing Address | 10885 7TH AVENUE HANFORD, CA 93230 |
| Attention | |

| Street Address of California Office of Corporation | |
| --- | --- |
| Street Address of California Office | 10885 7TH AVENUE HANFORD, CA 93230 |

**Officers**

| Officer Name | Officer Address | Position(s) |
| --- | --- | --- |
| JOE L BRASIL | 10885 7TH AVENUE HANFORD, CA 93230 | Chief Executive Officer, Secretary, Chief Financial Officer |

**Additional Officers**

| Officer Name | Officer Address | Position | Stated Position |
| --- | --- | --- | --- |
| None Entered | | | |

**Directors**

| Director Name | Director Address |
| --- | --- |
| JOE L BRASIL | 10885 7TH AVENUE HANFORD, CA 93230 |

The number of vacancies on Board of Directors is: 0

| Agent for Service of Process | |
| --- | --- |
| Agent Name | JOE L BRASIL |
| Agent Address | 10885 7TH AVENUE HANFORD, CA 93230 |

| Type of Business | |
| --- | --- |
| Type of Business | HAY HAULING |

| Email Notifications | |
| --- | --- |
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

**Labor Judgment**

No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

Page 1 of 2

Electronic Signature

☒ By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.

_Joe Brasil_
_____
Signature

_04/01/2026_
_____
Date

B4553-8590 04/01/2026 10:02 AM Received by California Secretary of State

# EXHIBIT D

Case 1:26-cv-06552-ER   Document 1-102   Filed 07/31/26   Page 48 of 61

| | |
|---|---|
| **From:** | Kevin Brasil |
| **To:** | OP |
| **Cc:** | Ali Hasnain |
| **Subject:** | Re: Verification_Williams Hay and Commodities llc _Brasil Hay Service, Inc._1031_20.06.2025 |
| **Date:** | Monday, June 23, 2025 10:13:07 AM |
| **Attachments:** | Verification_Williams Hay and Commodities llc _Brasil Hay Service, Inc._1031_20.06.2025.pdf |

**CAUTION:** This email originated outside of the organization. This message might not be safe, use caution in opening it. If in doubt, do not open the attachment nor links in the message.

On Jun 23, 2025, at 6:53 AM, OP <op@tradewindfinance.com> wrote:

Sent from my iPhone

Good morning,

Following up with the below.

Thanks and regards,

<image004.jpg>

Olga Astrain
**Operations Administrator**
**Tradewind International Inc.**
p:  +1 212 765 4349 x 111   m: N/A
a:  The Graybar Building, Suite 2845
    420 Lexington Avenue, New York, NY 10017, USA
w: tradewindfinance.com   e: o.astrain@tradewindfinance.com

**Subscribe to our newsletter**
<image003.png>

Please be aware of cyber security protocols. Our company email address will never change. If you receive a request such as changing payment instructions please be highly suspicious of its legitimacy. You should verify the authenticity of any and all changes of payment instructions by contacting Tradewind.
This message and any attachments contain confidential information. If you are not the intended recipient you must not distribute or copy this message or attachment or disclose the contents to any other person. Please notify the sender immediately by e-mail or telephone if you have received this e-mail in error and delete this message and any attachments from your system. Thank you. Please find our privacy policy here.

**From:** OP
**Sent:** Friday, June 20, 2025 4:04 PM
**To:** hayhog@yahoo.com

FILED: NEW YORK COUNTY CLERK 89/21/2825 INDEX NO. 656232/2025
Case 1:26-cv-06552-ER Document 1-10 Filed 07/31/26 Page 49 of 61
NYSCEF DOC. NO. 4 RECEIVED NYSCEF: 12/02/2025

Cc: Ali Hasnain <a.hasnain@tradewindfinance.com>; clients.us
<clients.us@tradewindfinance.com>
**Subject:** Verification_Williams Hay and Commodities llc _Brasil Hay Service,
Inc._1031_20.06.2025

Dear Kevin,

Kindly find attached a new invoice, which we received from your supplier
Williams Hay and Commodities llc  for confirmation.

Please can you confirm on our verification letter that you have received the
goods, the invoice is correct and will be paid on the due date on our
nominated bank account .

Thank you for your kind assistance.

Thanks and regards,

<image002.jpg>

Olga Astrain
**Operations Administrator**
Tradewind International Inc.
p: +1 212 765 4349 x 111    m: N/A
a: The Graybar Building, Suite 2845
    420 Lexington Avenue, New York, NY 10017, USA
w: tradewindfinance.com  e: o.astrain@tradewindfinance.com

**Subscribe to our newsletter**
<image003.png>

Please be aware of cyber security protocols. Our company email address will never change. If you receive a request such as changing payment instructions please be highly suspicious of its legitimacy. You should verify the authenticity of any and all changes of payment instructions by contacting Tradewind.
This message and any attachments contain confidential information. If you are not the intended recipient you must not distribute or copy this message or attachment or disclose the contents to any other person. Please notify the sender immediately by e-mail or telephone if you have received this e-mail in error and delete this message and any attachments from your system. Thank you. Please find our privacy policy here.

<Verification_Williams Hay and Commodities llc _Brasil Hay Service,
Inc._1031_20.06.2025.pdf>

Case 1:26-cv-06552 Document 1-1 Filed 07/31/26 Page 50 of 61

Williams Hay & Commodities LLC
424S 150E
Burley, Idaho 83318

To: Tradewind International, Inc.
The Graybar Building, Suite 2845
420 Lexington Avenue, New York
NY 10017, USA

We acknowledge the sale and assignment of all of **Williams Hay & Commodities LLC** accounts receivable to Tradewind Invest LLC. Payment on future invoices (or any prepayment thereof) will be made as directed in this letter. We understand that these payment instructions can only be changed with the prior written consent of Tradewind International Inc. We agree that our obligations on the underlying sale of goods transaction giving rise to the accounts receivable and our obligations following receipt of this notice of assignment are enforceable under the laws of any State within the United States where we maintain an office location and we submit to the jurisdiction of the courts within those particular states.

Company:        _Brasil Hay Sales_____

By:             _Kevin Brasil_____

Print Name:     _Kevin Brasil_____

Title:          _Owner_____

Date:           _6-18-25_____

Phone:          _(559) 816-2521_____

Email Address:  _hayhog@yahoo.com_____

Sample Remittance Instructions to appear on Invoices

*The underlying account receivable of the invoice has been assigned to Tradewind Invest LLC. Your liability remains in force until settlement of the full invoice amount is received into the account of Tradewind Special Finance LLC a/c No. 150111296000 with Commerzbank AG, 2 World Financial Center, NY, NY 10281, Routing No.: 026008044, SWIFT COBAUS3XXXX.*

FILED: NEW YORK COUNTY CLERK 06/17/2026 11:07 AM
INDEX NO. 656232/2025
NYSCEF DOC. NO. 3
RECEIVED NYSCEF: 06/17/2026

Case 1:26-cv-06552   Document 1-1   Filed 07/31/26   Page 51 of 61
INDEX NO. 656232/2025
RECEIVED NYSCEF: 12/02/2025



Tradewind Invest LLC - The Graybar Building, Suite 2845, 420 Lexington Avenue - New York, New York 10017 U.S.A.

Brasil Hay Service, Inc.

10885 7TH Ave

US-93230 Hanford, CA

20/06/2025

82310 - 3

Supplier: Williams Hay and Commodities llc

Dear Sir or Madam,

We hereby enclose copies of the below-referenced invoices issued to your company by the supplier.

Pursuant to a Receivables Purchase and Security agreement with the supplier, please note that the below referenced invoice(s) were assigned to Tradewind Invest LLC and further assigned to Tradewind ITF LLC  and will act as your creditor for such invoices on behalf of the supplier.

Payment of each below-referenced invoice shall be effected, on the respective due date, by wire transfer to our bank account detailed below, without any deduction or retention.

If you and your vendor agreed to a discount or chargeback, please enter here the agreed amount or percentage _____.

Your liability remains in full force and effect until settlement of the full amount for each of the above-referenced invoice(s) is received into this account.

| Invoice Number. | Date: | Maturity date: | Invoice Amount: USD |
|---|---|---|---|
| 1031 | 16.06.2025 | 16.07.2025 | 175,500.00 |

Commerzbank AG
A/C Holder: Tradewind Special Finance LLC
A/C No.: ███████  Bank Routing No.: ████████  SWIFT: █████████

Furthermore, by signing, dating and apposing your company's seal or stamp on this letter, you hereby agree, acknowledge and accept, irrevocably and unconditionally, that you owe each of the amounts  pertaining to each of the above-referenced invoices to Tradewind Special Finance LLC, irrespective of the underlying shipment of goods and their conformity thereof.

In the event of a dispute, the laws of the State of New York shall govern.  You hereby consent to the jurisdiction of all courts in the County of New York, State of New York. You waive the right to trial by jury in any legal action between Tradewind Invest LLC and you.

Case 1:26-cv-06552    Document 1-1    Filed 07/31/26    Page 52 of 61



20/06/2025

82310 - 3

In order to simplify matters your dated and legally binding signature and stamp on this letter, returned to us, shall be sufficient.

Yours Sincerely,
Tradewind Invest LLC
Olga Astrain

Agreed and Acknowledged:
Brasil Hay Service, Inc.

Print Name & Position: _Kevin Brasil_____

Date: __6-23-25_____

Title: _Owner_____

Phone: _(559) 816-2521_____

Email Address: _Hayhog@yahoo.com_____

Stamp : _____

Tradewind Invest LLC • The Graybar Building, Suite 2845, 420 Lexington Avenue, New York • New York 10017 U.S.A

Phone: 212-765-4349 • Fax: 212-765-4346 • Email: op@tradewindfinance.com

www.tradewindfinance.com

Case 1:26-cv-06552 Document 1-1 Filed 07/31/26 Page 53 of 61

# INVOICE

**Williams Hay and Commodities LLC**

424 S 150 E, ID

williamshay1191@gmail.com

+1 (208) 312-1371



**Brasil Hay Service Inc. Reg. # 029767410**

Bill to

Brasil Hay Service Inc.

10885 7th Ave

Hanford, California 93230

Ship to

Brasil Hay Service Inc.

10885 7th Ave

Hanford, California 93230

## Invoice details

Invoice no.: 1031

Terms: Net 30

Invoice date: 06/16/2025

Due date: 07/16/2025

| # | Date | Product or service | Description | Qty | Rate | Amount |
|---|------|--------------------|-------------|-----|------|--------|
| 1. | | Alfalfa 4x4 | PO# KF 101, 303 | 1300 | $135.00 | $175,500.00 |

| | | |
|---|---|---|
| | **Total** | **$175,500.00** |

## Note to customer

The underlying account receivable of the invoice has been assigned to Tradewind Invest LLC. Your liability remains in force until settlement of the full invoice amount is recieved into the account of Tradewind Special Finance llc a/c No. 150111296000 with Commerz bank AG, 2 world financial center, NY, NY 10281, Routing # ████████, Swift ███████████.

Case 1:26-cv-06552 Document 1-1 Filed 07/31/26 Page 53 of 61

At I.A.S. Part _____ of the Supreme Court of the State of New York, held in and for the County of New York, at the Courthouse thereof, 60 Centre Street, New York, N.Y. on the _____ day of _____, 2026.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-------------------------------------------------------------x

TRADEWIND INVEST, LLC

                Plaintiff,

              -against-

BRASIL HAY SERVICE, INC.,

                Defendant.

-------------------------------------------------------------x

Index No.: 656232/2025

**[PROPOSED] ORDER FOR ALTERNATIVE MANNER OF SERVICE AND EXTENSION OF TIME TO SERVE**

Upon reading and filing the affidavit of Amy Y. Chen, Esq., counsel for plaintiff, Tradewind Invest LLC, dated June 17, 2026, and upon the pleadings had herein, and it appearing that service of the Summons and Complaint herein upon the defendant, Brasil Hay Service, Inc., pursuant to CPLR 308(1)-(4) is impracticable.

Now, on motion of plaintiff, for an order directing an alternative manner of service of the Summons and Complaint pursuant to CPLR 308(5) and permitting an extension of time in the interest of good cause or in the interest of justice, pursuant to CPLR 306-b.

**ORDERED**, that the Summons and Complaint be served upon defendant, Brasil Hay Service, Inc., by (1) mailing a copy of the Summons and Complaint to the California Secretary of State for service of process, by first-class mail with tracking; (2) mailing a copy of the Summons and Complaint to defendant, Brasil Hay Services, Inc., at its last known address at 10885 7th Avenue, Hanford, California 93230, by certified mail and first-class mail; and (3) transmitting a copy of the Summons and Complaint to defendant, Brasil Hay Services, Inc., at its last known email address, at hayhog@yahoo.com, via electronic mail; and that service as aforesaid shall be in lieu of CPLR 308(1)-(4), and it is

**ORDERED**, that the plaintiff's time within which to serve defendant with the Summons and Complaint in this action, and file an affidavit of service is hereby extended 120 days from the date of this Order, said time to expire on _____.

**Enter**:

_____

J.S.C.



# REQUEST FOR JUDICIAL INTERVENTION

UCS-840
(rev. 12/16/2024)

## Supreme COURT, COUNTY OF New York

Index No: ___656232/2025___     Date Index Issued: ___12/02/2025___

| | For Court Use Only: |
|---|---|
| | IAS Entry Date |
| | |
| | Judge Assigned |
| | |
| | RJI Filed Date |
| | |

**CAPTION**     Enter the complete case caption. Do not use et al or et ano. If more space is needed, attach a caption rider sheet.

Tradewind Invest, LLC

Plaintiff(s)/Petitioner(s)

-against-

Brasil Hay Service, Inc.

Defendant(s)/Respondent(s)

**NATURE OF ACTION OR PROCEEDING:**     Check only one box and specify where indicated.

### COMMERCIAL

- ☐ Business Entity (includes corporations, partnerships, LLCs, LLPs, etc.)
- ☒ Contract
- ☐ Insurance (where insurance company is a party, except arbitration)
- ☐ UCC (includes sales and negotiable instruments)
- ☐ Other Commercial (specify): _____

**NOTE:** For Commercial Division assignment requests pursuant to 22 NYCRR 202.70(d), complete and attach the **COMMERCIAL DIVISION RJI ADDENDUM (UCS-840C)**.

### TORTS

- ☐ Asbestos
- ☐ Environmental (specify): _____
- ☐ Medical, Dental or Podiatric Malpractice
- ☐ Motor Vehicle
- ☐ Products Liability (specify): _____
- ☐ Other Negligence (specify): _____
- ☐ Other Professional Malpractice (specify): _____
- ☐ Other Tort (specify): _____

### MATRIMONIAL

- ☐ Contested

  **NOTE:** If there are children under the age of 18, complete and attach the **MATRIMONIAL RJI Addendum (UCS-840M)**.

  For Uncontested Matrimonial actions, use the Uncontested Divorce RJI **(UD-13)**.

### REAL PROPERTY     Specify how many properties the application includes: _____

- ☐ Condemnation
- ☐ Mortgage Foreclosure (specify): ☐ Residential     ☐ Commercial

  Property Address: _____

  **NOTE:** For Mortgage Foreclosure actions involving a one to four-family, owner-occupied residential property or owner-occupied condominium, complete and attach the **FORECLOSURE RJI ADDENDUM (UCS-840F)**.

- ☐ Partition

  **NOTE:** Complete and attach the **PARTITION RJI ADDENDUM (UCS-840P)**.

- ☐ Tax Certiorari (specify):   Section: _____   Block: _____   Lot: _____
- ☐ Tax Foreclosure
- ☐ Other Real Property (specify): _____

### OTHER MATTERS

- ☐ Certificate of Incorporation/Dissolution     [see **NOTE** in **COMMERCIAL** section]
- ☐ Emergency Medical Treatment
- ☐ Habeas Corpus
- ☐ Local Court Appeal
- ☐ Mechanic's Lien
- ☐ Name Change/Sex Designation Change
- ☐ Pistol Permit Revocation Hearing
- ☐ Sale or Finance of Religious/Not-for-Profit Property
- ☐ Other (specify): _____

### SPECIAL PROCEEDINGS

- ☐ Child-Parent Security Act (specify): ☐ Assisted Reproduction ☐ Surrogacy Agreement
- ☐ CPLR Article 75 - Arbitration     [see **NOTE** in **COMMERCIAL** section]
- ☐ CPLR Article 78 - Proceeding against a Body or Officer
- ☐ Election Law
- ☐ Extreme Risk Protection Order
- ☐ MHL Article 9.60 - Kendra's Law
- ☐ MHL Article 10 - Sex Offender Confinement (specify): ☐ Initial   ☐ Review
- ☐ MHL Article 81 (Guardianship)
- ☐ Other Mental Hygiene (specify): _____
- ☐ Other Special Proceeding (specify): _____

**STATUS OF ACTION OR PROCEEDING**     Answer YES or NO for every question and enter additional information where indicated.

| | YES | NO | |
|---|---|---|---|
| Has a summons and complaint or summons with notice been filed? | ☒ | ☐ | If yes, date filed: ___12/02/2025___ |
| Has a summons and complaint or summons with notice been served? | ☐ | ☒ | If yes, date served: _____ |
| Is this action/proceeding being filed post-judgment? | ☐ | ☒ | If yes, judgment date: _____ |

**NATURE OF JUDICIAL INTERVENTION**     Check one box only and enter additional information where indicated.

- ☐ Infant's Compromise
- ☐ Extreme Risk Protection Order Application
- ☐ Note of Issue/Certificate of Readiness
- ☐ Notice of Medical, Dental or Podiatric Malpractice     Date Issue Joined: _____
- ☐ Notice of Motion     Relief Requested: _____     Return Date: _____
- ☐ Notice of Petition     Relief Requested: _____     Return Date: _____
- ☒ Order to Show Cause     Relief Requested: Alternate Service     Return Date: _____
- ☐ Other Ex Parte Application     Relief Requested: _____
- ☐ Partition Settlement Conference
- ☐ Request for Preliminary Conference
- ☐ Residential Mortgage Foreclosure Settlement Conference
- ☐ Waiver of Court Costs, Fees and Expenses
- ☐ Writ of Habeas Corpus
- ☐ Other (specify): _____

1 of 2

Case 1:26-cv-06552    Document 1-1    Filed 07/31/26    Page 57 of 61

## RELATED CASES

List any related actions. For Matrimonial cases, list any related criminal or Family Court cases. If none, leave blank. If additional space is required, complete and attach the **RJI Addendum (UCS-840A)**.

| Case Title | Index/Case Number | Court | Judge (if assigned) | Relationship to instant case |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## PARTIES

For parties without an attorney, check the "Un-Rep" box and enter the party's address, phone number and email in the space provided. If additional space is required, complete and attach the **RJI Addendum (UCS-840A)**.

| Un-Rep | Parties — List parties in same order as listed in the caption and indicate roles (e.g., plaintiff, defendant, 3rd party plaintiff, etc.) | Attorneys and Unrepresented Litigants — For represented parties, provide attorney's name, firm name, address, phone and email. For unrepresented parties, provide party's address, phone and email. | Issue Joined — For each defendant, indicate if issue has been joined. | Insurance Carriers — For each defendant, indicate insurance carrier, if applicable. |
|---|---|---|---|---|
| ☐ | Name: Tradewind Invest, LLC   Role(s): Plaintiff/Petitioner | AMY CHEN, Tradewind International Inc., 420 Lexington Ave, Suite 2845 , New York, NY  10017, 3475758704, achen@tradewindfinance.com | ☐ YES  ☒ NO | |
| ☒ | Name: Brasil Hay Service, Inc.   Role(s): Defendant/Respondent | 10885 7th Avenue, Hanford, CA  93230, 559-816-2521, hayhog@yahoo.com | ☐ YES  ☒ NO | |
| ☐ | Name:   Role(s): | | ☐ YES  ☐ NO | |
| ☐ | Name:   Role(s): | | ☐ YES  ☐ NO | |
| ☐ | Name:   Role(s): | | ☐ YES  ☐ NO | |
| ☐ | Name:   Role(s): | | ☐ YES  ☐ NO | |
| ☐ | Name:   Role(s): | | ☐ YES  ☐ NO | |
| ☐ | Name:   Role(s): | | ☐ YES  ☐ NO | |
| ☐ | Name:   Role(s): | | ☐ YES  ☐ NO | |
| ☐ | Name:   Role(s): | | ☐ YES  ☐ NO | |

**I AFFIRM UNDER THE PENALTY OF PERJURY THAT, UPON INFORMATION AND BELIEF, THERE ARE NO OTHER  RELATED ACTIONS OR PROCEEDINGS, EXCEPT AS NOTED ABOVE, NOR HAS A REQUEST FOR JUDICIAL INTERVENTION BEEN PREVIOUSLY FILED IN THIS ACTION OR PROCEEDING.**

Dated:    06/17/2026

AMY YINGHONG CHEN
_____
Signature

5551544
_____
Attorney Registration Number

AMY YINGHONG CHEN
_____
Print Name

*This form was generated by NYSCEF*

2 of 2

FILED: NEW YORK COUNTY CLERK 06/23/2026 12:02 PM | INDEX NO. 656232/2025
NYSCEF DOC. NO. 14 | RECEIVED NYSCEF: 06/23/2026

Case 1:26-cv-06552   Document 1-1   Filed 07/31/26   Page 58 of 61

At an Ex Parte Motion Part of the Supreme Court of the State of New York, held in and for the County of New York, at the Courthouse thereof, 60 Centre Street, New York, N.Y. on the 23rd day of June, 2026.

HON. JENNIFER G. SCHECTER
J.S.C.

Present:

HON. _____ J.S.C.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-----------------------------------------------------------x

TRADEWIND INVEST, LLC

                    Plaintiff,

                       -against-

BRASIL HAY SERVICE, INC.,

                    Defendant.

-----------------------------------------------------------x

Index No.: 656232/2025

**ORDER FOR ALTERNATE MANNER OF SERVICE AND EXTENSION OF TIME TO SERVE**

Upon reading and filing the Summons and Complaint, in the above-entitled action, and the affidavit of Amy Y. Chen, Esq., counsel for plaintiff, Tradewind Invest LLC, dated June 17, 2026, and upon the pleadings had herein, and it appearing that service of the Summons and Complaint herein upon the defendant, Brasil Hay Service, Inc., pursuant to CPLR 308(1) is impracticable.

Now, on motion of Tradewind Invest LLC, plaintiff, for an order directing an alternate manner of service of the Summons and Complaint pursuant to CPLR 308(5) and permitting an

extension of time in the interest of good cause or in the interest of justice, pursuant to CPLR 306-b.

**ORDERED**, that the Summons and Complaint be served upon defendant, Brasil Hay Service, Inc., by (1) mailing a copy of the Summons and Complaint to the California Secretary of State for service of process, by first-class mail with tracking; (2) mailing a copy of the Summons and Complaint to defendant, Brasil Hay Services, Inc., at its last known address at 10885 7th Avenue, Hanford, California 93230, by certified mail and first-class mail; and (3) transmitting a copy of the Summons and Complaint to defendant, Brasil Hay Services, Inc., at its last known email address, at hayhog@yahoo.com, via electronic mail; and that service as aforesaid shall be in lieu of CPLR 308(1)-(4), and it is

**ORDERED**, that the plaintiff's time within which to serve defendant with the Summons and Complaint in this action, and file an affidavit of service is hereby extended 120 days from the date of this Order, said time to expire on _October 21, 2026_.

ORDERED THAT THE GRANTING OF THIS ORDER IS IN NO WAY DETERMINATIVE OF THE TOLLING OF THE STATUTE OF LIMITATIONS, OR OTHER ISSUES OF REPOSE, SHOULD SUCH ISSUES ARISE.

**ENTER:**

_____
Justice of the Supreme Court

HON. JENNIFER G. SCHECTER
J.S.C.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-------------------------------------------------------------x

TRADEWIND INVEST, LLC

                                                    Index No.: 656232/2025

        -against-                                   **Affidavit of Service**


BRASIL HAY SERVICE, INC.,

-------------------------------------------------------------x

STATE OF NEW YORK              )
                                        ss:
COUNTY OF NEW YORK            )

I, _Danielle Springer_, being duly sworn, deposes and says:

I am not a party to the action and over 18 years of age and reside in _Kings_ County.

On July _1st_, 2026, I served true copies of the Summons and Complaint, the Judge's Order for Alternate Manner of Service and Extension of Time to Serve, and the Notice of Electronic Filing upon Defendant by the following methods:

(1) by first-class mail with tracking, by placing a true copy of the aforementioned documents in a properly addressed envelope bearing proper postage, and by depositing said envelope in an official depository of the United States Postal Service under its exclusive care and custody within the State of New York, addressed to: California Secretary of State, Attn: Service of Process Unit, 1500 11th Street, 3rd Floor, Room 390, Sacramento, CA 95814;

(2) by first-class mail and certified mail, by placing true copies of the aforementioned documents in separate envelopes, each bearing proper postage, and by depositing said envelopes in an official depository of the United States Postal Service under its exclusive care and custody within the State of New York, addressed to 10885 7th Avenue, Hanford, California 93230; and

(3) by electronic mail, by transmitting true copies of the aforementioned documents as attachments to an email sent to hayhog@yahoo.com.


I declare under penalty of perjury that the foregoing is true and correct.

By: _____

Name: Danielle Springer

Sworn to before me this

9th day of July, 2026

_____
Notary Public

VITA IVANOVA
Notary Public - State of New York
NO. 01IV6414110
Qualified in Kings County
My Commission Expires Feb 16, 2029