CLYDE&CO US LLP

Clyde & Co US LLP
150 California Street
15th Floor
San Francisco, CA 94111
www.clydeco.us

Joshua Bettencourt
joshua.bettencourt@clydeco.us
Direct: +1 415 365 9813

August 25, 2026

Via CM/ECF

The Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

The initial pretrial conference currently scheduled for September 2, 2026 is adjourned to September 24, 2026 at 2:00 p.m. Parties should be prepared to address at the conference whether discovery should be stayed pending a decision on the motion to dismiss. Parties are directed to dial into the Court's teleconference number at 646-453-4442, Conference ID# 358639322, and follow the necessary prompts.

August 28, 2026

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

**Re: *Tradewind Invest, LLC v. Brasil Hay Se***
**Case No. 1:26-cv-06552-LJL**
**Letter Application to Adjourn the Initial Pretrial Conference and Joint-Submission Deadline**

Dear Judge Liman:

This firm represents Defendant Brasil Hay Service, Inc. in the above-referenced action.

With the consent of Plaintiff Tradewind Invest, LLC, as to a limited adjournment, Defendant respectfully submits this letter to: (i) advise the Court that Plaintiff filed an amended complaint on August 21, 2026; (ii) advise the Court that Defendant intends to file a new motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b); and (iii) request an adjournment of the Initial Pretrial Conference currently scheduled for September 2, 2026, as well as the deadline for submission of the proposed Civil Case Management Plan.

In light of the newly filed amended complaint and Defendant's anticipated motion to dismiss, Defendant respectfully requests that the Initial Pretrial Conference be adjourned pending resolution of the motion. An adjournment would allow the parties to meaningfully confer regarding scheduling, further motion practice, discovery, and other Rule 16 subjects based upon settled pleadings, should the case proceed. Pursuant to Your Honor's Individual Rule 1(D), Defendant respectfully states:

a) The Initial Pretrial Conference is currently scheduled for September 2, 2026, at 11:00 a.m., and the proposed Civil Case Management Plan is due on August 26, 2026;

b) There have been no prior requests to adjourn either the Initial Pretrial Conference and related joint-submission deadline;

CLYDE&CO US LLP



c) The parties agree that the currently scheduled Initial Pretrial Conference and related joint-submission deadline should be adjourned; but disagree as to the duration of the requested adjournment. In Defendant's view, because Defendant's renewed motion may dispose of the entire amended complaint, Defendant respectfully submits that the conference and related deadlines should be adjourned until after the Court resolves that motion. Plaintiff does not consent to an adjournment of the Initial Pretrial Conference pending resolution of Defendant's anticipated motion to dismiss. Instead, Plaintiff consents to an adjournment to September 23, 2026. Plaintiff takes the position this would be sufficient time to allow Defendant to file its anticipated motion and for the parties to confer regarding the case-management schedule, including the scope and timing of discovery and any other anticipated motion practice.

d) The September 2, 2026, Initial Pretrial Conference is the parties' only currently scheduled appearance before the Court.

The parties respectfully defer to the Court's schedule regarding a new conference date and any corresponding submission deadlines.

We thank the Court for its consideration of this request.

Respectfully submitted,

Joshua J. Bettencourt

cc: All Counsel